## Commonwealth *v.* Day, Appellant.

Submitted September 12, 1966. *Robert Day,* appellant, in propria persona; *Robert M. Mozenter* and *Alan J. Davis,* As-

sistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.